**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.S., et al., <br>         Plaintiffs, <br>   v. <br> CONEJO VALLEY UNIFIED SCHOOL DISTRICT, <br>         Defendant. | Case No. CV 17-2629 SS <br><br> **JUDGMENT** |

Pursuant to the Court's Memorandum Decision and Order, the Court enters judgment as follows:

Plaintiffs' Motion is GRANTED IN PART and DENIED IN PART. The Court reverses the portion of the ALJ's Decision finding that the April 2016 IEP offered Student a FAPE despite Defendant's failure to conduct a functional behavior assessment and the significant impediment that failure posed to Parents' meaningful participation in the IEP process. The Court further reverses the ALJ's finding that Student should not be awarded any compensatory education one-on-one aide services. Accordingly, the Court AWARDS Student an

increase in the compensatory education services granted by the ALJ to include an additional: seven hours of individual counseling by a credentialed District counselor; seven hours of speech and language therapy from a District speech and language pathologist; sixty minutes of behavior intervention services from a District behaviorist; and fifty-two and a half hours of one-on-one aide services. Plaintiffs' request for reimbursement of $700.00 for the cost of Dr. Ott's services is GRANTED. All of Plaintiffs' remaining claims and requests are DENIED. Defendant shall make arrangements for payment of Dr. Ott's $700.00 fee to Plaintiffs within thirty days of entry of this Judgment.

Any Motion for Attorney's Fees and Costs shall be filed within thirty dates of the date of this Judgment.[1] See L.R. 54-10 (providing discretion to court to set deadline for fee motion).

IT IS SO ORDERED.

DATED: July 30, 2018

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

---

[1] The deadline for filing a Motion for Attorney's Fees set by this Judgment supersedes any prior deadline.